IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

CASE NO. 11-40037-42

MARKEITH EVANS                                                        DEFENDANT

O R D E R

At the initial appearance conducted this date concerning the petition to revoke supervision, the defendant waived a detention hearing reserving the right to revisit. Accordingly, the hearing to revoke supervision will be set at a date to be determined.

IT IS SO ORDERED this 21st day of August 2017.

*/s/ Barry A. Bryant*
Honorable Barry A. Bryant
United States Magistrate Judge